UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEROME LAMAR YOUNG, : | Civ. Action No. 17-11644 (NLH) |
| Petitioner, : | |
| v. : | MEMORANDUM |
| WARDEN SMITH, : | |
| Respondent. : | |

1. Petitioner filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, in which he appeared to challenge the calculation of his sentence as it relates to the application of jail, comp, and work time credits. See ECF No. 1.

2. Petitioner advised the Court by letter dated January 28, 2018, that Petitioner obtained relief regarding the proper application of his time credits. See ECF No. 3.

3. A review of the New Jersey Department of Corrections' Offender Search webpage confirmed that Petitioner has been released from state custody.

4. Because Petitioner is no longer in custody and has received the relief he was requesting, it appeared to the Court that his § 2241 petition should be dismissed as moot for failure to present a case or controversy for which this Court could

provide relief. See, e.g., Scott v. Holt, 297 F. App'x 154, 155 (3d Cir. 2008) (affirming dismissal of § 2241 petition as moot).

5. On March 6, 2018, the Court issued an order to show cause within fourteen (14) days why the Petition should not be dismissed as moot because the Petitioner had obtained in state court the relief he was seeking in this action. See ECF No. 4.

6. The Petitioner has failed to show cause or respond in any matter to that Order.

7. As such, the Court will dismiss this Petition pursuant to § 2241 as moot.


Dated: April 3, 2018                s/ Noel L. Hillman
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.